**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 13, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40208
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LUIS TREVINO-GOMEZ, also known as
Antonio Garcia-Gonzalez,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-816-ALL
--------------------

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

      Appealing the Judgment in a Criminal Case, Jose Luis
Trevino-Gomez raises arguments that are foreclosed by <u>Almendarez-
Torres v. United States</u>, 523 U.S. 224, 235 (1998), which held
that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a
separate criminal offense.  The Government's motion for summary
affirmance is GRANTED, and the judgment of the district court is
AFFIRMED.

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.